**George J. LUBERDA, Appellant,**

v.

**REGIONS BANK, doing business as Regions Mortgage, Appellee.**

**No. 11–2516.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 1, 2011.

Filed: Dec. 7, 2011.

George J. Luberda, Ballwin, MO, pro se.

Michael J. McKitrick, Danna McKitrick, P.C., St. Louis, MO, for Appellee.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

In this action against Regions Bank for allegedly violating the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605, and Missouri common law, George Luberda appeals the district court's[1] adverse grant of summary judgment on his federal claim and dismissal without prejudice of his state-law claim.

Following careful de novo review, *see Anderson v. EMC Mortg. Corp.,* 631 F.3d 905, 906 (8th Cir.2011) (reviewing grant of summary judgment de novo), we agree with the district court that Regions Bank did not violate RESPA, *see* 12 U.S.C. § 2605(g) (if terms of federally related mortgage loan require borrower to make payments to servicer for deposit into escrow account for purpose of assuring payment of taxes, servicer shall make payments from escrow account in timely manner as such payments become due); 24 C.F.R. § 3500.17(k)(1) (if terms of any federally related mortgage loan require

---

1. The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

borrower to make payments to escrow account, servicer must pay disbursements in timely manner, that is, on or before deadline to avoid penalty, as long as borrower's payment is not more than 30 days overdue). We also conclude that the district court did not abuse its discretion in declining to exercise jurisdiction over Luberda's state-law claim. *See* 28 U.S.C. § 1367(c)(3) (district court may decline to exercise supplemental jurisdiction over claim if it has dismissed all claims over which it has original jurisdiction). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.